**Order entered September 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01267-CR

### DEAN ALAN MATTHEWS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 207th District Court**
**Comal County, Texas**
**Trial Court Cause No. CR2016-544**

## ORDER

Before Justices Pedersen, Reichek, and Carlyle

We withdraw our September 11, 2019 order denying the State's August 23, 2019 Motion to Submit the Case on Briefs. We instead **GRANT** such motion and order that this case shall be submitted on the briefs.

/s/    BILL PEDERSEN, III
        JUSTICE